E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern  District of Pennsylvania

| | |
|---|---|
| **Robin J. Diggs** | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| **-v-** | |
| **"See Attached" (Defendant's)** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name       Robin J. Diggs

All other names by which
you have been known:

ID Number       134328

Current Institution       Bucks County Correctional Facility

Address       1730 South Easton Road

Daylestown    PA    18901

        City       State       Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name       Bucks County

Job or Title *(if known)*

Shield Number

Employer

Address

        City       State       Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name       David Kratz

Job or Title *(if known)*    Director of Bucks County Correctional Facility

Shield Number

Employer       Bucks County

Address

        City       State       Zip Code

☑ Individual capacity    ☑ Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

Defendant No. 3
    Name — Daniel Naftulin
    Job or Title *(if known)* — Detective
    Shield Number — #9941
    Employer — Bucks County District Attorney Office
    Address — 100 North Main Street
    Doylestown    PA    18901
    *City*    *State*    *Zip Code*
    ☑ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name — Robert Gorman
    Job or Title *(if known)* — Lieutenant Detective
    Shield Number —
    Employer — Bucks County District Attorney office
    Address — 100 North Main Street
    Doylestown    PA    18901
    *City*    *State*    *Zip Code*
    ☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to equal protection of the law, Right to due process, right to adequate medical care, right to be protected, Right against cruel & unusual punishment, Right against unwanton infliction of physical pain, Right against unwanton infliction of emotional and mental pain & distress, Right to life, Right to protection of life and health from administrative action, Right not to be discriminated against

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

BUCKS COUNTY is a governmental entity or Municipality that acts under color of Statute, ordinance, regulation, custom, or, usage of the state law. And all defendants named herein, that work in, around, and for BUCKS COUNTY and BUCKS COUNTY Correctional Facility (including PRIMECARE MEDICAL Inc) and it's employee's perform, traditional and exclusively public functions, rendering actor's "persons acting under color of State law" whether, contracted, commissioned or otherwise authorized by the power of the state.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Events happened in B.C.C.F. 1730 South Easton Road, Doylestown PA. 18901. In January 2023, In the General Population B-module, Special Investigations Office, B.C.C.F PrimeCare Medical Ward, The Restricted Housing Unit (RHU), and also the Doylestown Hospital.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

C.     What date and approximate time did the events giving rise to your claim(s) occur?

The Events took place from January 16, 2023 - January 31, 2023

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

See attached (STATEMENT of claim) **IV. D.**

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I overdosed, and was on life support for 1½ days, on a breathing machine (ventilator), in a drug induced coma until consent from next of kin was given for Doylestown Hospital Doctors to operate and removed the drugs. I endured 11 days in hospital, a damaged brain, memory, and body thats taken alot to rehabilitate. I also suffered the humiliation of being forced to urinate and deficate in a bucket, in front of 2 correctional officers, the whole hospital stay so my waste can and was sifted through. I suffer from PTSD, Emotional distress, Psychological distress, Physical distress and impairment, nightmares, trauma with a fear of asking for help from officer's of the law.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

1. Compensatory, monetary damages for Pain and suffering from all defendants.

2. Punitive monetary damages for Pain and suffering, and for the malicious intent of defendants from all defendants except (1). BUCKS COUNTY and (27). PRIMECARE MEDICAL INC.
My Prayer for relief is the request for damages according to proof of harm in the amount suitable and appropriate by the standard of law, and the public conscience.

3. I also request relief in the form of an Injunction, tailored to the ending of the policy/custom Contraband "POTTY" Watch, or for the granting of Special Medical attention/Treatment for all humans at B.C.C.F subjugated by the Policy/Custom Contraband "POTTY" Watch.

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

BUCKS COUNTY CORRECTIONAL Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Claim of assault by officers

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

I filed the grievance to Administration at the B.C.C.F

2.   What did you claim in your grievance?

**IV D.**
I made same claim as stated herein (See Attached STATEMENT of Claim) to the best of my knowledge at the time I Submitted my grievance.

3.   What was the result, if any?

My grievance was denied continuously after Kelly Reed Promised me my complaint was forwarded to investigations,

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed Kelly Reed's answer, to Carl Metellus (Warden), got no answer, then appealed to the director and Warden, my grievance was denied, I appealed that denial, and again my grievance was denied, lastly I appealed to the BUCKS COUNTY Prison oversight Board who denied my grievance as that concluded and exhausted my administration remedies.

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*See attached* **VII G.** *(Exhausted Administrative Remedy)*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      _____

Signature of Plaintiff        *Robin Jamal Diggs*
Printed Name of Plaintiff     Robin Jamal Diggs
Prison Identification #        134328
Prison Address                BUCKS COUNTY CORRECTIONAL FACILITY, 1730 S. Easton Rd.
                              Doylestown             PA        18901
                                _____City_____   __State__  _Zip Code_

### B.    For Attorneys

Date of signing:      _____

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
                              _____
                                _____City_____   __State__  _Zip Code_
Telephone Number              _____
E-mail Address                _____

# Defendant(s)

(1). BUCKS COUNTY

(2). David Kratz

(3). Daniel Naftulin

(4). Robert Gorman

(5). Carl Metellus

(6). James Coyne

(7). Kelly Reed

(8). Jeff Cantino

(9). Captain. Nottingham

(10). Lieutenant. John Doe #1

(11). Lieutenant. John Doe #2

(12). Lieutenant. John Doe #3

(13). Sergeant. CRUZ

(14). Sergeant. John Doe #1

(15). Sergeant. John Doe #2

(16). Sergeant. Jane Doe #3

(17). OFFicer. Hickman

(18). OFFicer. Williams F.

(19). OFFicer. Cancel

(20). OFFicer Hernandez

(21). OFFicer John Doe #1

(22). OFFicer John Doe #2

(23). OFFicer John Doe #3

(24). OFFicer John Doe #4

(25). Robert Mcleod

(26). Daniel Onisick

(27). PRIMECARE MEDICAL Inc.

(28). Nurse Kristen

(29). Nurse Katie

(30). Dr. Gessner

(31). Nurse Jane Doe

(32). Nurse John Doe

(33). John Doe #1

(34). John Doe #2

(35). John Doe #3

(36). John Doe #4

# I. B.
## (THE DEFENDANT PARTIES TO COMPLAINT)

### Defendant No. 5
Carl Metellus
Warden of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 6
James Coyne
Assistant Director of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 7
Kelly Reed
Deputy Warden of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 8
Jeff Cantino
Deputy Warden of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 9
Captain. Nottingham
Captain of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 10
L.T. John Doe #1
Lieutenant of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 11
L.T. John Doe #2
Lieutenant of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 12
LT. John Doe #3
Lieutenant of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 13
SGT. CRUZ
Sergeant of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 14
SGT. John Doe #1
Sergeant of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 15
SGT. John Doe #2
Sergeant of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 16
SGT. Jane Doe #3
Sergeant of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 17
OFC. HICKMON
Officer of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 18
OFC. Williams F.
Officer of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 19
OFC. Cancel
Officer of B.C.C.F

☑ Individual  ☑ Official

### Defendant No. 20
OFC. Hernandez
Officer of B.C.C.F

☑ Individual  ☑ Official

II. B.
( THE DEFENDANT PARTIES TO COMPLAINT )

**Defendant No.21**
OFC. John Doe #1
OFFICER OF B.C.C.F

☑ Individual  ☑ Official

**Defendant No.22**
OFC. John Doe #2
OFFICER OF B.C.C.F

☑ Individual  ☑ Official

**Defendant No.23**
OFC. John Doe #3
OFFICER OF B.C.C.F

☑ Individual  ☑ Official

**Defendant No.24**
OFC. John Doe #4
OFFICER OF B.C.C.F

☑ Individual  ☑ Official

**Defendant No.25**
Robert Mcleod
B.C.C.F Investigator

☑ Individual  ☑ Official

**Defendant No.26**
Daniel Onisick
B.C.C.F Investigator

☑ Individual  ☑ Official

**Defendant No.27**
PRIMECARE MEDICAL Inc.
B.C.C.F Medical Provider

☑ Individual  ☑ Official

**Defendant No.28**
Nurse Kristen
PRIMECARE NURSE of B.C.C.F

☑ Individual  ☑ Official

**Defendant No.29**
Nurse Katie
PrimeCare Nurse of B.C.C.F

☑ Individual  ☑ Official

**Defendant No.30**
DR. Gessner
Doctor of Primecare at B.C.C.F

☑ Individul  ☑ Official

**Defendant No.31**
Nurse Jane Doe
Primecare nurse of B.C.C.F

☑ Individual  ☑ Official

**Defendant No.32**
Nurse John Doe
Primecare nurse of B.C.C.F

☑ Individual  ☑ Official

**Defendant No.33**
John Doe #1
Employee of B.C.C.F

☑ Individual  ☑ Official

**Defendant No.34**
John Doe #2
Employee of B.C.C.F

☑ Individual  ☑ Official

**Defendant No.35**
Jane Doe #3
Employee of B.C.C.F

☑ Individual  ☑ Official

**Defendant No.36**
Jane Doe #4
Employee of B.C.C.F

☑ Individual  ☑ Official

# IV. D.
## (Statement of Claim)

On January 16, 2023 I was awoken to the Correctional Officer on B-Module in Bucks County Correctional Facility banging on the door of the cell #16 I was assigned to. The officer was yelling for me or my cellmate Octavius Davis to unblock the window, of which he Received no response to and started to open up the door to enter the cell. I, Robin J. Diggs being in possession of numerous drugs (Including Fentanyl), ingested these drugs out of stupidity, fear, and reasons that seemed sufficient to me at that time. What I did not know at that moment, was that my cellmate Octavius Davis had overdosed and died sometime through the night as I slept unaware; and I'd just ingested 100plus times the amount of drugs he'd overdosed and died from. While being interrogated by Bucks County Department of Corrections Investigators Robert Mcleod, Daniel Onisick, and Bucks County District Attorney office, Lieutenant Detective Robert Gorman and Detective Daniel Naftulin, I was informed that my cellmate Octavius Davis had died, as they conducted an ongoing narcotics contraband investigation. I, realizing the seriousness and life threatening implication of my actions in swallowing 100plus times the amount of drugs (Including Fentanyl) my cellmate died from, became afraid of the potential ultimate consequence, and not wanting to die myself, I admitted to these Bucks County Investigators and Detectives, while being recorded that I secreted the drugs inside my body and that I wanted

## IV. D.
### (Statement of Claim)

them out. Short of absolute denial, neccessary medical care for serious medical need was delayed for non-medical reasons by investigators and Detectives, who had Intricate Knowledge of my serious medical need. Investigators and detectives omitted to perform an act which they are legally required to do, Ultimately setting in motion a series of acts by others to inflict constitutional harms. Having full Knowledge of the risk of my vulnerability, Investigators and Detectives, Intentionally Ignored their obligation not to act with reckless indifference to my vulnerability/serious medical need. Instead of humane and safe medical measures being taken, the priority to preserve human life was neglected, as I was thrown into a cell in the Restricted Housing Unit (RHU) and all the water in the cell was turned off, providing me with not even the neccessity of drinking water (which is the element needed to help things pass through the system). There was a lack of sanitation, and I was forced to sit in the cell with urine and feces for days without being able to flush the toilet or shower/wash up because there was no water. With those lethal drugs still in my stomach I was tortured physically and mentally in a cell with no running water, denied medical treatment for my serious medical need/ emergency, to have the drugs safely removed, and even assaulted at one point by officers; of whom I don't Know the identity of due to memory damage caused by injuries spoken of herein. Nurses of PRIMECARE MEDICAL Inc.

refused me medical treatment and refused to sign off for emergency medical treatment/care for my serious medical need. Choosing instead to be a party to, through being in agreement with and unwavoring support of BUCKS COUNTY CORRECTIONAL FACILITY POLICY/CUSTOM called (Contraband "POTTY" Watch), which was utilized/weaponized against me, when I was fully cooperative with Investigators, nurses, and officers and Detectives, and I only wanted not to die. In spite of being trained medical professionals, equipped with the skill to recognize urgent medical emergency's, and also knowing or reasonably should know by way of the country's opiod epidemic and Bucks County Correctional Facility's numerous past overdoses, that Fentanyl is a top rated cause of death in the U.S., PRIMECARE MEDICAL Inc. employee's ignored duty to preserve human life, through intentional and willful disregard of substantial risk of serious harm or death, which resulted in unmitigated risk, harming and injuring me egregiously. For 4 days I sat in the cell in this unsanitary, hazardous, life threatening condition, with an officer sitting in front of the cell watching me 24 hours a day, being violated by a Policy/custom of BUCKS COUNTY B.C.C.F called Contraband "POTTY" Watch, which harmed and injured me almost fatally. The drugs busted/ruptured inside my body, saturated my system, and I overdosed almost irreparably on the same and more of the drugs my cellmate died from. This occurred several days after telling investigators and detectives I had the drugs in my body and wanted them

Out. I was on life support for 1½ days on a breathing Machine (ventilator), in a drug induced coma until Doylestown Hospital Doctors removed the drugs from my body and endured an 11 days Hospital Stay, with no memory of previous events for several months until my brain healed I suppose, in which case I'm still having trouble recollecting the past. It was ① Negligent, ② Cruel & Unusual, ③ Intentional Infliction of Emotional distress, ④ Intentional Infliction of unwanton physical pain, ⑤ Failure to provide Medical (Adequate Medical) Care, ⑥ Municipal liability, ⑦ Deliberate Indifference that caused my injuries, in a denial of my ⑧ due process rights, and a ⑨ Breach of duty of all defendant parties, with the ⑩ Intention on their behalf to harm me directly and indirectly. Officer defendant's were lower level employee's of BUCKS COUNTY B.C.C.F. who interacted with plaintiff (me), watched over me, used excessive force to assault me, and carried out orders from Sergeant's, Lieutenants, and Captain defendant ⑪ acting under color of law, to deprive me of Constitutionally protected Federal rights. None of the defendants cared that these drugs were lethal and could Kill me, as they had perfect knowledge of this medical fact and of the overdose & death of my cellmate Octavius Davis; they even had more than enough time to respond reasonably, and have me medically treated, as even a lay person could easily recognize my neccessity for a doctors attention; meaning the harm inflicted on me, caused by the defendant parties was preventable and Senseless; and that there is no

excuse to be bartered up, in which to justify the actions taken upon me with an unseared clean conscience; because even I, a man with many struggles is endowed with the Constitutionally protected right to be protected from self inflicted injuries, including suicide. James Coyne (Assistant Director), Carl Metellus (Warden), Kelly Reed (Deputy Warden), and Jeff Cantino (Deputy Warden), head and following the Chain of Command, acted in Concert with other defendants by authorizing, through tacit approval, acquiescence, verbal command, or actual Rubber Stamping the use of BUCKS COUNTY B.C.C.F Policy/Custom Contraband "POTTY" Watch, which was the moving Force and/or direct Causal link for the deprivation of plaintiffs (my) constitutionally protected rights. Defendants had perfect Knowledge of serious medical need and of overdose & death of my cellmate Octavius Davis from similar complications of narcotic drug consumption, but Intentionally refused to allow, emergency or any medical care at all, preferring instead to ignore the risk of a foreseeable natural consequence, in favor of utilizing/weaponizing Buck County B.C.C.F Policy/custom Contraband "POTTY" Watch, which ultimately injured me. David Kratz is the Director of B.C.C.F of whom all Policy and Authority to make decisions regarding policy that would be and is binding on all B.C.C.F employee's and/or any entity working in, with, or for B.C.C.F is vested. Protocal and Policy trickal down from DAvid Kratz and All

Defendants were subordinate to follow command and Policy, which were opposed to the safety, life sustaining, and protection of plaintiff, physically, mentally, emotionally and Constitutionally, which to Plaintiffs detriment, left plaintiff fighting for and barely clinging to life. My Cellmate, Octavius Davis died January 16, 2023, which is the date I ingested numerous drugs (Including Fentanyl); On January 17, 2023 I admitted and told Investigators and Detectives the drugs were inside my body and wanted them out; On January 20, 2023 the drugs erupted inside my body and I was rushed to Doylestown Hospital, placed on life support, and stayed in the Hospital until January 31, 2023. Officer Hickman was the Officer appointed to and watching me in the RHU at the time I passed out in the cell, overdosing from the eruption of the drugs inside my body. I have included legitimate Documents relevant to Statement of claim, as there is evidence to substantiate my claim lastly of ⑫ The Failure to Protect.



# County of Bucks

## PRISON OVERSIGHT BOARD

**Administration Building**
55 East Court Street, Doylestown, PA  18901
(215) 348-6435    Fax (215) 348-5216

Robert J. Harvie, Jr., *Prison Board Chair*
Gene DiGirolamo, *Prison Board Vice Chair*
Pamela Van Blunk, Esquire, *Prison Board Secretary*

March 27, 2024

Robin Diggs
C/O Bucks County Correctional Facility
1730 S. Easton Road
Doylestown, PA  18901

RE:  Grievance #2023-69

Dear Mr. Diggs,

We are in receipt of your grievance, alleging you were assaulted by correctional officers while housed in the RHU, and that you were deprived of showers and running water during a contraband watch between 1/17/2023 and 1/20/2023.

Our investigation revealed that the cause of your hospitalization on 1/20/2023 was the spontaneous eruption of drug filled balloons which you had secreted inside your body.

We considered the statements from neighboring inmates that you included with your grievance. However, neither the medical records available to this sub-committee, nor the prison records, nor the statements of guards and inmates questioned immediately following your medical emergency provided any evidence of an assault on you.

For the reasons outlined above, your grievance is denied and considered resolved.  This exhausts your administrative remedies.

Sincerely yours,

Investigation Subcommittee

**BUCKS COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE GRIEVANCE FORM**

Camera Image
Preserved
12:36 pm

DATE 10/10/23

NAME Robin Diggs BCCF# 134328 FACILITY BCCF CELL H-15

GRIEVANCE # 2023-369, DATE POSTED: 10.16.23, INITIALTED: (w)

_It is understood that all information pertaining to this grievance shall be released to the Bucks County_
_Prison Oversight Board._

ATTACH ADDITIONAL PAGES AS NEEDED

Statement detailing the act or condition giving rise to this grievance: (Be specific, list all dates, times, locations
and witnesses. Handwritten grievance must be **legible**, if not it will be returned.)

From January 17th 2023 through January 20th, 2023 I was housed in BCCF RHU for
intoxication & a related issue. While in RHU I was severely assaulted
by BCCF Officers and as a result of that assault my physical and medical
condition worsened and I was taken to Doylestown Hospital where I received
life sustaining treatment from January 20th, 2023 - January 31st, 2023.
While in RHU also my constitutional Rights were continuously being
violated as a pretrial detainee, with the assault, being in a cell for
days with no water on cell at all, no Showers, to being on a 24 hour (Potty)
watch to examine my waste, in hopes to retrieve drugs from me, to
being forcibly handcuffed and interrogated while obviously under the influence
of narcotics. Forced into a medical situation where my life hung in the balance
because of the illegal and morally wrong actions of characters employed at BCCF.
When tried and is still trying to cover these incidents up is aggregious like
so many Supreme court Rulings, ie Rochin V. California and others.

Statement detailing informal process which you have attempted in order to resolve this grievance: (Attach any
written documentation from staff.)

August 30th 2023 8:01pm Camera Image preserved of request sent to Ms. kelly Reed.
September 10th, 2023 4:31pm Camera Image preserved of request sent to Ms.kelly Reed.
September 24th, 2023 4:20pm Camera Image preserved of request sent to Ms.kelly Reed
and also Director/Warden Metellus of which I have not received a response back
from any of these request except for one dated september 10th 2023 which also allows me to
Know that there is a Deliberate Indifference being shown to the illegal actions that has grieved me
Specific remedy being sought:
I want to be Justly compensated for my injuries, medically, physically
and mentally that I sustained and for the involved officers & investigators
to be held accountable.

Received by:_____ Date:_____

First Level Response:

~~You were in the restricted housing unit on a contraband watch during the time you mentioned due to~~
~~suspected contraband,~~ as a result of contraband and suspected illegal substances were found in your
cell and on your person. At no time were you assaulted by staff or treated unfairly. You were being
observed and monitored as is protocol for this type of watch status. This grievance is denied.

Answered by:_____ Date: 10-19-2023

**Appeal to Director of Corrections:** If the inmate/resident is not satisfied with the outcome of the first level response,
he/she may then forward a written appeal, with the previous response, to the Director. The appeal must be filed within ten
(10) days of the inmate's receipt of the first level response. After a review, the Director will make resolution in writing
within ten (10) days of receiving the appeal. (appeal form on back).
**Appeal to the Bucks County Prison Oversight Board.** If the inmate/resident is not satisfied with the outcome of the appeal
to the Director, he/she may forward a written appeal with the previous responses, within ten (10) days of receipt of the
Director's response, to the Bucks County Prison Oversight Board, attn: Controller's Office, 55. E. Court Street,
Doylestown, PA, 18901. The County Prison Oversight Board shall provide the Director of Corrections with a copy of any
such appeal and will forward its written decision to the inmate/resident and the Director of Corrections.

**NOTIFICATION OF APPELLATE REVIEW BY DIRECTOR**

Statement of rationale for appellate review:

I totally disagree with and am not in agreement with the First level response. As there is and was no investigation done especially an unbiased one because as its noted on First level response that I was monitored while in RHU, So there oughta be a record of events that took place, especially for my situation. I am still seeking Relief and will exhaust all Remedies.

Received by:_____    Date:_____

Resolution:

    No new information therefore grievance is denied.
_____
_____
_____
_____
_____
_____

Answered by:_____    Date:_____ November 6, 2023

Camera Image Preserved around 10:20am Tuesday 11/14/23 on C/medical Cell-D, This grievance being delivered issue to Mailroom Drop Box by Sgt Wilkes, Sth Shift Wed 5th November 6th... [illegible] the idman and...

*************************************************

**NOTIFICATION OF APPELLATE REVIEW BY BUCKS COUNTY PRISON OVERSIGHT BOARD**

Camera Image Preserved

Statement of rationale for review by Prison Oversight Board:

As I have noted before I have previously sent requests to administration about these incidents that were perpetrated by the policy's and callus instruction, direction, and actions of Buck's county correctional Facility and it officers & investigators. In these incidents priority trumps policy which oughta be in line with the preservation of human life. the sustainance of my life was not treated as priority and as a result I ended up on life support, in the hospital for 11 days injured. There has been total indifference shown to these incidents and me raising the issue of all that took place in RHU Jan 16 - Jan 20 and beyond through Jan 31 in Hospital. I've followed the Facility's grievance process with integrity and am left with only this option. I still seek relief, to be justly compensated and for all opposing involved party's to be held accountable.

Received by:_____    Date:_____

Resolution by Prison Oversight Board:
_____
_____
_____
_____
_____
_____
_____

Answered by:_____    Date:_____

*************************************************

DOC-226 (rev. 03/19)

2023-69 pg 2                                          CC-5

To: Director/Warden Metellus (OR whomever it may concern)

From: Robin Diggs 134328

       I would like to address a series of incidents that took place between
January 17th through January 20th, 2023, when I was severly assaulted by
several officers currently employed at the Bucks County Correctional Facility
while placed within their Restricted Housing Unit. As a direct result of this
Incident I was taken to Doylestown Hospital where I received life sustaining
treatment within their intensive care unit.
The negligent actions taken against me by the facility Correctional Officers
were not only morally wrong and aggregious, but also illegal in nature.
Starting with the assault, refusal to provide drinking water or showers, to
being placed on a twenty four hour watch where my stool was collected
and examined. I was also forcibly handcuffed and interrogated while
seriously under the influence of narcotics. Assaulted to the point of
near death which was continued by officers at the hospital as well.
These actions were not only unlawful, but the fact of the matter is that
staff here at Bucks County Correctional Facility have attempted to cover
it up which is a disgrace and inhumane.
This will be my third attempt to Miss Kelly Reed, D.D.I.A; of which
I have only received only one reply. I am not in agreement with any alleged
investigations conducted here within this facility, as they are likely
to be biased and not in search of the truth when it comes to uncovering
any form of actual justice. The same individuals who conducted any alleged
investigations are also the same party to perpetrate any negligence violating
my constitutional rights as an inmate. Fabricating the cover up of the
aforementioned incidents.
With that being said I would like to formally request my rights to a
written grievance form to be sent to me at your earliest convenience please
after several failed attempts to seek relief.
Thank you in advance for all your time on this issue and God Bless.

Preserved Image (~)
Camera Time
4:20pm
09/24/23

To: Warden Metillus

From: Robin Diggs 134328

    I would like to address a series of incidents that took place between the dates of January 17th through January 20th, 2023, when I was severely assaulted by several officers currently employed at the Bucks County Correctional Facility while placed within their Restricted Housing Unit. As a direct result of this incident I was taken to Daylestown Hospital where I recieved life sustaining treatment within their intensive care unit. The neglegent actions taken against me by the facility Correctional Officers were not only morally wrong and aggregious, but also illegal in nature.

Starting with the assault, refusal to provide drinking water and showers, to being placed on a twenty four hour watch where my stool was collected and examined. I was also forcibly handcuffed and interrogated while obviously under the influence of narcotics. Assaulted to the point of near death which was continued by officers at the hospital as well. These actions were not only unlawful, but the fact of the matter is that staff here at Bucks County Correctional Facility have attempted to cover up; which is a disgrace and inhumane.

This will be my third attempt to Miss Kelly Reed, D.D.I.A.; of which I have only recieved one reply. I am not in agreement with any alleged investigations conducted here within the facility, as they are likely to be biased and not in search of the truth when it comes to uncovering any form of actual justice. The same individuals who conducted any alleged investigations are also the same party to perpetrate any negligence violating my constitutional rights as an inmate. Fabricating any coverup of the aforementioned incidents. With that being said I would like to formally request my rights to a written grievance form to be sent to me at your earliest convienience. Please after several failed attempts at seeking relief.

Thank you in advance for all your time on this issue and God Bless.

Robin Diggs

(H15)

Camera Time
4:21 pm
09/10/2023

CL-1

To: Kelly Reed

From: Robin Diggs 134328

     I am writing this as a follow up to the last Request I sent to you on 08/30/2023, of which I have not recieved a response to. I was assaulted by BCCF officers In the RHU, and had my Civil/constitution rights violated in a very aggregious way from January 17th – January 20th and was forced into a medical Trauma that led to other violations of my civil/constitutional rights. Being assaulted, Placed on (Contraband) Potty Watch, having my stool sifted through, Forcibly Questioned while under the influence of narcotics, & forced into a life threatening Medical Situation, by BCCF OFFICERS & BCCF Investigators is unlawful and illegal and to try to sweep it under the Rug is worse and Inhumane. I am demanding some type of Relief for the injustices committed against me.

*Robin Diggs*
Robin Diggs

I dont recall a previous request from you.

Your Complaint has been forwarded to investigations for review.

N

CC-3

TO: Kelly Reed                                    0 8/30/2023

FROM: Robin Diggs 134328-1                    8:01 pm

    I would like to address the incidents that happened on ~~2023~~ January 17th-January 20th where after I was put in RHU, I was assaulted by officers of BCCF. Because of this assault I was forced to undergo treatment at Doylestown Hospital in a very serious life threatening ordeal where I barely survived. All the behaviors that BCCF Officers had committed and Shown toward me were not only morally wrong, & aggregious, but also illegal. From but not limited to: Sifting through Stool, CO's being told and Conversing about my medical information and most of all the assault itself, which BCCF has tried to cover up. The officers and investigators actions were/are illegal. I am demanding Some type of relief for the injustices against me.

Robin Diggs

Witness:
J. B
Jeffrey Barnes

Robin J. Diggs #134328
Bucks County Correctional Facility
1730 South Easton Road
Doylestown, PA. 18901






CERTIFIED MAIL

9589 0710 5270 2104 3896 68

Retail

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
DOYLESTOWN, PA 18901
SEP 06, 2024

19106

$7.16

S2324M501628-94

Clerk of Court
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106

RECEIVED
SEP - 9 2024

