IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN J. DIGGS<br>    Plaintiff | : CIVIL ACTION<br>:<br>: NO. 24-CV-4827 |
| v. | : |
| BUCKS COUNTY, *et al.*,<br>    Defendants | :<br>: |

### CORRESPONDENCE TO THE COURT

Petitioner received an **ORDER** from the Court on April 15, 2025 denying his **Second Motion For Extension Of Time To File An Amended Complaint** as **MOOT**. The Court indicated that petitioner remains subject to the *30-day* deadline for amending his Complaint set forth in the Court's *March 12, 2025 Order*. However, petitioner **never** received the Court's March 12, 2025 Order. The initial reason for both requests were that the Law Computers here at the prison were not updated, and therefore, petitioner was unable to pull up the cases that the Court cited in its ***ORDER*** requesting that petitioner file an Amended Complaint. *(Petitioner even sent his first request to the Allentown District Court Office and to this District's Office and never received a response).*

1

So petitioner filed another request approximately near the end of March, thinking that the Court didn't receive his first request. The Computers has been updated as of last week by the Institution's IT Representative. Petitioner intends to file an amended complaint and respectfully request that this Honorable Court consider petitioner's reason(s) for not filing the Amended Complaint as of yet. Petitioner respectfully request that this Honorable Court forgive petitioner for the delay and allow him to file the Amended Complaint by May 15th.

**WHEREFORE**, petitioner prays that this Honorable Court Grant his request.

By: *Robin Diggs*
Robin J. Diggs
Plaintiff

April 15, 2025

Smart Communications/PADOC
SCI- CHESTER
Name Robin Diggs
Number QQ6431
PO Box 33028
St Petersburg FL 33733



PHILADELPHIA PA 191
16 APR 2025 PM 6 L
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 19013 $ 000.69⁰
02 7W
0008037116 APR 16 2025

CLERK OF COURT
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street
Philadelphia, PA. 19106

19106-179699

RECEIVED
APR 18 2025