**BUCKS COUNTY LAW DEPARTMENT**          *Attorney for the County Defendants*
Shae L. Randolph, Assistant County Solicitor
Attorney I.D. No. 333311
55 East Court Street, 5th floor
Doylestown, PA  18901
(215) 348-6464

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN DIGGS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | Case No. 24-04827 |
| | : | |
| BUCKS COUNTY, et al., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

## COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Defendants, the County of Bucks (the "County"), Director ("Dir.") of the Bucks County Department of Corrections ("DOC"), David Kratz; Deputy Dir. James Coyne; Superintendent ("Supt.") Carl Metellus; Deputy Supt. Kelly Reed; Investigator ("Inv.") Robert McLeod; Inv. Daniel Onisk; and Captain ("Cpt.") James Nottingham (collectively, the "Individual County Defendants," and together with the County, the "County Defendants"), by and through their undersigned counsel, respectfully submit this Memorandum of Law in support of their Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6).

Date: September 11, 2025                **BUCKS COUNTY LAW DEPARTMENT**

                BY:   _____

                          Shae L. Randolph (No. 333311)
                          Assistant County Solicitor

                          *Attorney for the County Defendants*