IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBIN DIGGS                           :   CIVIL ACTION
    PLAINTIFF                      :   NO. 24-CV-4827

        V.                        :

BUCKS COUNTY et al.,                  :
    DEFENDANT(S)                   :

## CORRESPONDENCE TO THE CLERK OF COURT:

Dear Clerk of Court,

    I am the plaintiff of the above captioned matter and i am writing because on July 8th, 2026, the court entered an order that Plaintiff is to receive, free of charge, copies of legal documents ECF Nos. 71 and 73 which ought to be entered Court Order and Memorandum of Law decided on May 13, 2026.

    My issue is that I have recieved document ECF Nos. 71, which is the Order of the Court. I have (Not) recieved the document ECF Nos. 73 which is the Memorandum of Law believed to be about 40 pages, and the more important document at the moment to continue my litigation.

    I respectfully request that the Clerk please send me this document as soon as possible. Thank you for your time, attention, and effort.

July 17, 2026                         Respectfully
                                        Submitted:
                                        Robin Diggs , Pro Se

P.S. Also Document ECF NO.71 which is the Order of the Court dated May 13, 2026 mentions on line 8 that "The Clerk of Court is DIRECTED to send Diggs a copy of the program description for the Prisoner CivilR Rights Panel".

    I respectfully request the Clerk of Court to send me the above mentioned information that I have not recieved and everything else the court has DIRECTED to be sent to the Plaintiff, as this is needed for litigation purposes,PLEASE and thank you for your time, attention,and effort.

                        Respectfully Submitted
                        Robin Diggs, Pro-se

Case 2:24-cv-04827-JLS    Document 85    Filed 07/23/26    Page 3 of 3

**Smart Communications/PADOC**
SCI CHESTER
PO BOX 33028
St Petersburg, FL 33733

Name: Robin Diggs

Number: QQ6431

U.S.M.S.
X-RAY

PHILADELPHIA PA 190
21 JUL 2026   PM 5

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 19013
02 7W
0008037116 JUL. 20. 2026

$000.78⁰

RECEIVED

JUL 23 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
6001 Market Street
Philadelphia, PA. 19106

19106-179699